FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00007-CV

### Trial Court No. 08-00171

**Rex Smith**

**Vs.**

**Kelly Davis and Amber Davis**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $15.00 | S Gary Werley |
| Motion fee | $10.00 | Hope Sorensen |
| Motion fee | $10.00 | Hope Sorensen |
| Motion fee | $15.00 | S Gary Werley |
| Motion fee | $15.00 | Hope Sorensen |
| Motion fee | $10.00 | Hope Sorensen |
| Motion fee | $10.00 | Jackie Groves |
| Clerk's record | $262.00 | Jeffrey C. Irion |
| Reporter's record | $544.25 | jeffrey C. Irion |
| Supreme Court chapter 51 fee | $50.00 | Jeffrey Irion |
| Indigent | $25.00 | Jeffrey Irion |
| Required Texas.gov efiling fee | $20.00 | Jeffrey Irion |
| Filing | $100.00 | Jeffrey Irion |
| **TOTAL:** | $1,086.25 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 14th day of August 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk